AO 440 (Rev. 03/08) Civil Summons

E-FILING

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| VISIONQUEST CHC, LLC et. al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. C08-03410 RMW |
| Ronald Buchholz, et. al | ) |
| Defendant | ) |

HRL

### Summons in a Civil Action

To: THE DISTRICT, LLC, a Nevada LLC
(Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sharonrose Cannistraci
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 15 2008

Richard W. Wieking
Name of clerk of court

CITA F. ESCOLANO
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)