E-FILING

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## Northern District of California

| | | |
|---|---|---|
| VISIONQUEST CHC, LLC et. al | ) | **C08   03410** RMW |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Ronald Buchholz, et. al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

HRL

To:    EENI-DURANGO TRAILS ,LLC, a Nevada LLC
_____
*(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sharonrose Cannistraci
CANNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

CITA F. ESCOLANO

Date:  JUL 15 2008
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*