| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Sharonrose Cannistraci<br>Cannistraci Law Firm<br>99 Almaden Blvd., Ste. 925<br>San Jose, CA 95113<br>Telephone No: (408) 297-5400   FAX No: 408 297-5407 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U.S. District Court, Northern District of California | | |
| Plaintiff: Visionquest CHC, LLC. | | |
| Defendant: Ronad Buchholz, et al | | |

| PROOF OF SERVICE<br>Summons in a Civil Action | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-03410RMW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges; Standing Order Regarding Case Management; Welcome Packet; Civil Cover Sheet.

3. a. Party served:       RDB Development, LLC., a Nevada LLC
   b. Person served:      Ronald Buchholz

4. Address where the party was served:    20 Great Oaks Blvd.
                                          Suite 230
                                          San Jose, CA

5. I served the party:
   b. **by substituted service.** On: Thu., Jul. 17, 2008 at: 10:55AM I left the documents listed in item 2 with or in the presence of:
      Charise Buchholz, employee
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Weeker                              d. **The Fee for Service was:**    $22.50
   b. **Bender's Legal Service**               e. I am: (3) registered California process server
      LRS Investigations, PI 16723                (i)   Independent Contractor
      1625 The Alameda, Ste. 511                  (ii)  Registration No.:    617
      San Jose, CA 95126                          (iii) County:              Santa Clara
   c. 408 286-4182, FAX 408 298-4484              (iv)  Expiration Date:     Mon, Jun. 08, 2009

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Jul. 29, 2008

                                                                                    (Mike Weeker)

Judicial Council Form                       PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007      Summons in a Civil Actio                                src.165783

| Attorney or Party without Attorney: Sharonrose Cannistraci<br>Cannistraci Law Firm<br>99 Almaden Blvd., Ste. 925<br>San Jose, CA 95113<br><br>Telephone No: (408) 297-5400   FAX: No: 408 297-5407 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | |
| Plaintiff: Visionquest CHC, LLC. | | |
| Defendant: Ronad Buchholz, et al | | |

| DECLARATION OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-03410RMW |
|---|---|---|---|---|

1. I, Mike Weeker, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RDB Development, LLC., a Nevada LLC as follows:

2. Documents: Summons in a Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges; Standing Order Regarding Case Management; Welcome Packet; Civil Cover Sheet..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/15/08 | 7:00pm | Business | The business was closed. Attempt made by: Mike Weeker. Attempt at: 20 Great Oaks Blvd. Suite 230 San Jose CA. 95119. |
| Wed | 07/16/08 | 3:55pm | Business | The subject was not in. Attempt made by: Mike Weeker. Attempt at: 20 Great Oaks Blvd. Suite 230 San Jose CA.. |
| Thu | 07/17/08 | 10:54am | Business | The subject was not in. Attempt made by: Mike Weeker. Attempt at: 20 Great Oaks Blvd. Suite 230 San Jose CA.. |
| Thu | 07/17/08 | 10:55am | Business | Substituted Service on: RDB Development, LLC., a Nevada LLC Business - 20 Great Oaks Blvd. Suite 230 San Jose, CA. by Serving: Ronald Buchholz a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Charise Buchholz, employee. Served by: Mike Weeker |

3. Person Executing
   a. Mike Weeker
   b. Bender's Legal Service
   LRS Investigations, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was: $22.50
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 617
   (iii) County: Santa Clara
   (iv) Expiration Date: Mon, Jun. 08, 2009

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.