| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Sharonrose Cannistraci<br>Cannistraci Law Firm<br>99 Almaden Blvd., Ste. 925<br>San Jose, CA 95113<br>*Telephone No:* (408) 297-5400     *FAX No:* 408 297-5407<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. District Court, Northern District of California

*Plaintiff:* Visionquest CHC, LLC.
*Defendant:* Ronad Buchholz, et al

| PROOF OF SERVICE<br>Summons in a Civil Action | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-03410RMW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges; Standing Order Regarding Case Management; Welcome Packet; Civil Cover Sheet.

3. a. Party served:            EENI-Patriot Courtyards, LLC, a NV LLC
   b. Person served:           Ronald Buchholz

4. Address where the party was served:     20 Great Oaks Blvd.
                                            Suite 230
                                            San Jose, CA

5. I served the party:
   b. **by substituted service.** On: Thu., Jul. 17, 2008 at: 10:55AM I left the documents listed in item 2 with or in the presence of:
      Charise Buchholz, employee
      (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Mike Weeker                                 d. **The Fee for Service was:**   $22.50
   b. Bender's Legal Service                      e. I am: (3) registered California process server
      LRS Investigations, PI 16723                      (i)   Independent Contractor
      1625 The Alameda, Ste. 511                        (ii)  Registration No.:     617
      San Jose, CA 95126                                (iii) County:               Santa Clara
   c. 408 286-4182, FAX 408 298-4484                    (iv)  Expiration Date:      Mon, Jun. 08, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jul. 29, 2008

                                                                                    (Mike Weeker)

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007         Summons in a Civil Actio                                src.165784

| Attorney or Party without Attorney: <br> Sharonrose Cannistraci <br> Cannistraci Law Firm <br> 99 Almaden Blvd., Ste. 925 <br> San Jose, CA 95113 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: (408) 297-5400   FAX: No: 408 297-5407 | | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. District Court, Northern District of California | | | | | |
| Plaintiff: Visionquest CHC, LLC. | | | | | |
| Defendant: Ronad Buchholz, et al | | | | | |
| **DECLARATION OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08-03410RMW | |

1. I, Mike Weeker, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant EENI-Patriot Courtyards, LLC, a NV LLC as follows:

2. Documents: Summons in a Civil Action; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for All Judges; Standing Order Regarding Case Management; Welcome Packet; Civil Cover Sheet..

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 07/15/08 | 7:00pm | Business | The business was closed. Attempt made by: Mike Weeker. Attempt at: 20 Great Oaks Blvd. Suite 230 San Jose CA. 95119. |
| Wed | 07/16/08 | 3:55pm | Business | No officer or Agent for Service was in to accept service Attempt made by: Mike Weeker. Attempt at: 20 Great Oaks Blvd. Suite 230 San Jose CA. 95119. |
| Thu | 07/17/08 | 10:54am | Business | No officer or Agent for Service was in to accept service. Attempt made by: Mike Weeker. Attempt at: 20 Great Oaks Blvd. Suite 230 San Jose CA. 95119. |
| Thu | 07/17/08 | 10:55am | Business | Substituted Service on: EENI-Patriot Courtyards, LLC, a NV LLC Business - 20 Great Oaks Blvd. Suite 230 San Jose, CA. by Serving: Ronald Buchholz a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Charise Buchholz, employee. Served by: Mike Weeker |

3. Person Executing
   a. Mike Weeker
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was: $22.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 617
      (iii) County: Santa Clara
      (iv) Expiration Date: Mon, Jun. 08, 2009

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.