**United States District Court**
For the Northern District of California

**E-FILED on** __10/23/08__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VISIONQUEST CHC, LLC and GATEWAY COMMUNITY CHURCH,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>RONALD BUCHHOLZ, CHARISE BUCHHOLZ, SOLOMON CAPITAL INC., EQUITY ENTERPRISES INC., EQUITY ENTERPRISES OF NEVADA INC., RNC HOLDINGS LLC, RDB DEVELOPMENT LLC, EENI-PATRIOT COURTYARDS LLC, COMMUNITY REAL ESTATE LLC, THE DISTRICT, LLC, PHOENIX VALLEY DEVELOPMENT, LLC, EENI-PATRIOT COURTYARDS, LLC, EENI-DURANGO TRAILS, LLC, EEI-RAY RANCH, LLC, and EENI-PASEO VILLAGE, LLC,<br><br>　　　Defendants. | No. C-08-3410 RMW<br><br>ORDER VACATING HEARING DATE |

ORDER VACATING HEARING DATE —No. C-08-3410 RMW
JAS

Plaintiff's motion to dismiss presently set for hearing on November 7, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 7, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:  10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING DATE —No. C-08-3410 RMW
JAS                                                                 2

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Sharonrose Cannistraci          sharonrose@cannistracilaw.com

4 **Counsel for Defendant:**

5 Kevin Francis Rooney            krooney@pinnaclelawgroup.com
William W. Schofield             wschofield@pinnaclelawgroup.com

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11 **Dated:** 10/23/08                                    /s/ JAS
                                                          **Chambers of Judge Whyte**

ORDER VACATING HEARING DATE —No. C-08-3410 RMW
JAS                                                       3