**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

*E-FILED - 12/4/08*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VISIONQUEST CHC, LLC; GATEWAY COMMUNITY CHURCH, et. al.<br><br>    Plaintiffs,<br>vs.<br><br>RONALD BUCHHOLZ, et. al.<br><br>    Defendants. | Case No. 5-08-cv-03410 RMW<br><br>**[] ORDER TO CONTINUE**<br>**CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   December 5, 2008<br>Time:        10:30 am<br>**Dept.:       Courtroom 6**<br><br>**Judge:      Hon. Ronald M. Whyte** |

The Court has reviewed the Stipulation for Continuance of the Case Management Conference set for December 5, 2008, and orders that the Case Management Conference and related deadlines be continued as requested by the parties. Therefore,

PURSUANT TO STIPULATION IT IS ORDERED THAT:

1. The Case Management Conference shall be continued to __2/13/09__, at __10:30__ am/pm in Room __6, 4th__ Flr.

2. The last day to meet and confer re initial disclosures, early settlement, and discovery plan shall be: __1/30/09__.

3. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve

Stip & Order to Continue CMC and related deadlines.    1

1  Case Management Statement, and file/serve Rule 26(f) Report shall be: __2/6/09__.

3  Dated: December __4__, 2008

4  By: *Ronald M. Whyte*
   Hon. Ronald M. Whyte
   UNITED STATES DISTRICT JUDGE

7  * END OF ORDER *