*This is a tentative ruling.  It is not an order.*

**E-FILED on _____n/a_____**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VISIONQUEST CHC, LLC and GATEWAY COMMUNITY CHURCH,

        Plaintiffs,

        v.

RONALD BUCHHOLZ, CHARISE BUCHHOLZ, SOLOMON CAPITAL INC., EQUITY ENTERPRISES INC., EQUITY ENTERPRISES OF NEVADA INC., RNC HOLDINGS LLC, RDB DEVELOPMENT LLC, EENI-PATRIOT COURTYARDS LLC, COMMUNITY REAL ESTATE LLC, THE DISTRICT, LLC, PHOENIX VALLEY DEVELOPMENT, LLC, EENI-PATRIOT COURTYARDS, LLC, EENI-DURANGO TRAILS, LLC, EEI-RAY RANCH, LLC, and EENI-PASEO VILLAGE, LLC,

        Defendants.

No. C-08-03410 RMW

**[TENTATIVE]** ORDER REGARDING DEFENDANTS' MOTION TO DISMISS

**United States District Court**
For the Northern District of California

*This is a tentative ruling.  It is not an order.*

Plaintiffs' First Amended Complaint includes a claim for violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO") based on fraud relating to the 2005 loan from VisionQuest, LLC to RNC Holdings, LLC.  The loan note appears to qualify as a security, and the RICO claim appears therefore to be barred under the Private Securities Litigation Reform Act.  *See* 18 U.S.C. 1964(c).

The securities fraud claim is not alleged with the required particularity.  *See In re Daou Systems, Inc. Sec. Litig.*, 397 F.3d 704, 710 (9th Cir.2005); 28 U.S.C. § 78u-4(b)(1); *Betz v. Trainer Wortham & Co., Inc.*, 519 F.3d 863, 873 (9th Cir. 2008); *Tellabs, Inc. v. Makor Issues and Rights, Ltd.*, 551 U.S. 308, 127 S.Ct. 2499, 2513 (2007).

DATED:   ___n/a_____          ___n/a_____
                                             RONALD M. WHYTE
                                             United States District Judge

**United States District Court**
For the Northern District of California

*This is a tentative ruling.  It is not an order.*

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Sharonrose Cannistraci                    sharonrose@cannistracilaw.com

**Counsel for Defendant:**

Kevin Francis Rooney                      krooney@pinnaclelawgroup.com
William W. Schofield                      wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____n/a_____            _____n/a_____
                                        **Chambers of Judge Whyte**

United States District Court
For the Northern District of California