**E-FILED on** 03/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VISIONQUEST CHC, LLC and GATEWAY COMMUNITY CHURCH,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>RONALD BUCHHOLZ, CHARISE BUCHHOLZ, SOLOMON CAPITAL INC., EQUITY ENTERPRISES INC., EQUITY ENTERPRISES OF NEVADA INC., RNC HOLDINGS LLC, RDB DEVELOPMENT LLC, EENI-PATRIOT COURTYARDS LLC, COMMUNITY REAL ESTATE LLC, THE DISTRICT, LLC, PHOENIX VALLEY DEVELOPMENT, LLC, EENI-PATRIOT COURTYARDS, LLC, EENI-DURANGO TRAILS, LLC, EEI-RAY RANCH, LLC, and EENI-PASEO VILLAGE, LLC,<br><br>　　　　Defendants. | No. C-08-03410 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

For the reasons stated at the hearing, defendants motion to dismiss is granted.  Plaintiff is given 30 days leave to amend.

DATED:      03/20/09                             03/20/09
                                                 RONALD M. WHYTE
                                                 United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Sharonrose Cannistraci             sharonrose@cannistracilaw.com

**Counsel for Defendant:**

Kevin Francis Rooney              krooney@pinnaclelawgroup.com
William W. Schofield              wschofield@pinnaclelawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   03/20/09                                  03/20/09
                                                **Chambers of Judge Whyte**