1  Andrew A. August, SBN 112851
   William W. Schofield, SBN 062674
2  Kevin F. Rooney, SBN 184096
   Pinnacle Law Group, LLP
3  425 California Street, Suite 1800
   San Francisco, California 94104
4  Telephone 415.394.5700
   Facsimile 415.394-5003
5
   Attorneys for Defendants Ronald Buchholz,
6  Charice Fischer, Solomon Capital, Inc.,
   Equity Enterprises, Inc., Equity Enterprises
7  of Nevada, Inc., RNC Holdings, LLC,
   RDB Development, LLC, EENI-Patriot
8  Courtyards, LLC, Community Real Estate,
   LLC, The District, LLC, Phoenix Valley
9  Development, LLC, EENI-Durango
   Trails, LLC, EEI-Ray Ranch, LLC,
10 and EENI-Paseo Village, LLC

*E-FILED - 8/13/09*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| VISIONQUEST CCH, LLC, also known as VISIONQUEST, LLC; GATEWAY COMMUNITY CHURCH, also known as CITY HARVEST CHURCH, | Case No. C08-3410 RMW |
| --- | --- |
| Plaintiffs, vs. | **STIPULATION AND [] ORDER REMOVING MATTER FROM MEDIATION CALENDAR** |
| RONALD BUCHHOLZ, et al., | |
| Defendants. | |

**STIPULATION REMOVING MATTER FROM MEDIATION CALENDAR**

WHEREAS, the parties on December 4, 2008 agreed to participate in Mediation as the ADR process under ADR L.R. 6 (*see* Doc. # 33: Stipulation and Order Selecting ADR Process, Dec. 4, 2008);

1  WHEREAS, the Court at the Case Management Conference of this matter ordered the
2  parties to participate in a Settlement Conference before Magistrate Judge Howard Lloyd at the
3  Magistrate's earliest available date (*see* Doc. #45:  Case Management Order, Mar. 18, 2009, ¶3);
4  WHEREAS, Magistrate Judge Lloyd ordered the Settlement Conference to be held on May
5  7, 2009 (*see* Doc. # 47:  Notice of Settlement Conference and Settlement Conference Order, Apr. 8,
6  2009);
7  WHEREAS, the parties appeared and participated in a Settlement Conference before
8  Magistrate Judge Lloyd on May 7, 2009 but were unsuccessful in resolving the matter (*see* Doc.
9  #49:  Civil Minute Order, May 7, 2009);
10 WHEREAS the parties believe that further ADR in the form of Settlement Conference or
11 Mediation would be fruitless and a waste of judicial resources;
12 **IT IS HEREBY STIPULATED** between the parties, by and through their attorneys, that
13 the Stipulation selecting Mediation as ADR process be withdrawn and that the matter be removed
14 from the Mediation Calendar.

15 Dated: May 28, 2009.                    CANNISTRACI LAW FIRM

                                          By:  /s/ Sharonrose Cannistraci
17                                             Sharonrose Cannistraci
                                               Attorney for Plaintiffs

19 Dated: May 28, 2009.                    PINNACLE LAW GROUP, LLP

20                                        By: :  /s/ William W. Schofield
                                               William W. Schofield
21                                             Attorneys for Defendants


### ORDER

It is ordered that the order referring the matter to the court's mediation program be vacated.

Dated: __8/12__, 2009.          By: *Ronald M. Whyte*
                                     Hon. Ronald M. Whyte
                                     United States District Judge