

**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407                                    *E-FILED - 9/11/09*
Email: sharonrose@cannistracilaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VISIONQUEST CHC, LLC; GATEWAY COMMUNITY CHURCH, et. al. | ) Case No. 5-08-cv-03410 RMW |
| | ) |
| Plaintiffs, | ) **STIPULATION AND []** |
| | ) **ORDER EXTENDING DEADLINE FOR** |
| vs. | ) **PLAINTIFFS TO FILE MOTION TO** |
| | ) **COMPEL DISCOVERY** |
| RONALD BUCHHOLZ, et. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Counsel have engaged in ongoing meet and confers to attempt to informally resolve discovery disputes regarding Defendants' noticed oral depositions and Defendants' written objections and responses to written discovery.  Additional time is needed for the parties to attempt to informally resolve the discovery disputes.

Good cause appearing therefore, pursuant to Civil Local Rule 26-2 the parties by and through their counsel hereby stipulate to an order extending the time for Plaintiffs to file a motion to compel all Defendants as to the following discovery:

| Propounding Party | Responding Party | Description of Discovery |
|---|---|---|
| Plaintiffs | All Defendants | Request for Production of Documents (Set 1) |

CANNISTRACI LAW FIRM

99 Almaden Blvd • Suite 925 • San Jose, CA 95113

| 1 | Plaintiffs | All Defendants | Request for Admissions (Set 1) |
|---|---|---|---|
| 2 | Plaintiffs | All Defendants | Special Interrogatories (Set 1) |
| 3 | Plaintiffs | RNC Holdings, LLC | Deposition Notice w/ Request for Documents |
| 4 | Plaintiffs | Charise Buchholz | Deposition Notice w/ Request for Documents |
| 5 | Plaintiffs | Ronald Buchholz | Deposition Notice w/ Request for Documents |
| 6 | Plaintiffs | Equity Enterprises | Deposition Notice |
| 7 | Plaintiffs | EENI Patriot Courtyards | Deposition Notice |
| 8 | Plaintiffs | Solomon Capital, Inc. | Deposition Notice |
| 9 | Plaintiffs | Phoenix Valley | Deposition Notice |
| 10 | Plaintiffs | EENI Paseo Village, LLC | Deposition Notice |
| 11 | Plaintiffs | EENI Durango Trails, LLC | Deposition Notice |
| 12 | Plaintiffs | Community Real Estate, LLC | Deposition Notice |

14     Dated: August 17, 2009        CANNISTRACI LAW FIRM

15                                 /s/ Sharonrose Cannistraci

16                                 Sharonrose Cannistraci, Esq.
Counsel for Plaintiffs

18     Dated: August 17, 2009        PINNACLE LAW GROUP, LLP

19                                 /s/ William W. Schofield

20                                 William W. Schofield or Andrew A. August
Counsel for Defendants

**ORDER**

PURSUANT TO STIPULATION, and GOOD CAUSE APPEARING THEREFOR, IT IS

SO ORDERED that the time for Plaintiffs to file a motion to compel the above discovery against all

Defendants shall be extended to September 9, 2009.


Dated: __9/11____, 2009



UNITED STATES DISTRICT JUDGE


**END OF ORDER**

CANNISTRACI LAW FIRM

99 Almaden Blvd • Suite 925 • San Jose, CA 95113