**Sharonrose Cannistraci, CSBN 121827**
**CANNISTRACI LAW FIRM**
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

*E-FILED - 10/15/09*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VISIONQUEST CHC, LLC; GATEWAY COMMUNITY CHURCH, et. al.<br><br>    Plaintiffs,<br>vs.<br><br>RONALD BUCHHOLZ, et. al.<br><br>    Defendants. | Case No. 5-08-cv-03410 RMW<br><br>**[] ORDER TO CONTINUE TRIAL DATE, SET STATUS CONFERENCE, AND EXTEND TIME FOR COMPLETION OF OUTSTANDING DISCOVERY AND DISCOVERY MOTIONS** |

**ORDER**

PURSUANT TO STIPULATION, and GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED as follows:

1.    Pending rescheduling of a new trial date and related pre-trial deadlines by the court, the following trial date and all related pre-trial dates and deadlines are vacated and taken off calendar including:

October 16, 2009 - Last day to file Pre-trial Statement (date to be vacated)

Order Vacating Trial Date, Etc.
Case No. 5-08-cv-03410 RMW

1

1    October 22, 2009 - Pre-trial Conference @ 2:00 pm, Room 6, 4th Floor (date to be vacated)

2    November 9, 2009 - Jury Trial @ 1:30 pm, Room 6, 4th Floor (date to be vacated)

3    2.    The above listed previously propounded outstanding discovery shall be temporarily suspended and the time for completion of such discovery and the time for filing related discovery motions shall be extended to new dates to be rescheduled by the court.

    3.    A Status Conference Hearing shall be held on November 6, 2009 at 10:30 a.m. in Courtroom 6 to discuss the status and case management of this case.

Dated: __ 10/15 ___, 2009



UNITED STATES DISTRICT JUDGE

**END OF ORDER**

Order Vacating Trial Date, Etc.
Case No. 5-08-cv-03410 RMW

2