aronrose Cannistraci, CSBN 121827
NNISTRACI LAW FIRM
99 Almaden Blvd., Suite 925
San Jose, CA 95113
Phone: (408) 297-5400 x206
Fax: (408) 297-5407
Email: sharonrose@cannistracilaw.com

Attorney for Plaintiffs
Andrew A. August, SBN 112851
William W. Schofield, SBN 062674
Kevin F. Rooney, SBN 184096
PINNACLE LAW GROUP, LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394.5700
Facsimile 415.394-5003

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VISIONQUEST CHC, LLC; GATEWAY COMMUNITY CHURCH, et. al. | ) Case No. 5-08-cv-03410 RMW ) |
| Plaintiffs, | ) **STIPULATION AND (PROPOSED)** ) **ORDER APPROVING STIPULATED** |
| vs. | ) **JUDGMENT** ) |
| RONALD BUCHHOLZ, et. al. | ) ) |
| Defendants. | ) ) ) ) ) |

The parties by and through their respective counsel hereby stipulate to an order approving

the Stipulation for Entry of Judgment and Stipulated Judgment filed herewith as Exhibits 1-2:

Dated: August 13, 2010                                    CANNISTRACI LAW FIRM

                                                         /s/ Sharonrose Cannistraci
                                                         Sharonrose Cannistraci, Esq.
                                                         Counsel for Plaintiffs

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113

1

Dated: August 13, 2010

2

PINNACLE LAW GROUP, LLP

3

/s/ William W. Schofield
William W. Schofield or Andrew A. August
Counsel for Defendants

4

5

6

**ORDER**

7

PURSUANT TO STIPULATION, and GOOD CAUSE APPEARING THEREFOR, IT IS SO

8

ORDERED that the Court approves the proposed Stipulated Judgment filed herewith as Exhibit 2.

9

Date: _____8/27_____ 2010

10

_Ronald M Whyte_
UNITED STATES DISTRICT JUDGE

11

12

**END OF ORDER**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113

Stip & Order Approving Settlement                    2

EX. 1

Sharonrose Cannistraci, CSBN 121827
**CANNISTRACI LAW FIRM**
16450 Los Gatos Blvd, Suite 110
Los Gatos, CA 95032
Phone: (408) 335-7368 x200
Fax: (408) 402-8362
Email: sharonrose@cannistracilaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VISIONQUEST CHC, LLC; GATEWAY
COMMUNITY CHURCH, et. al.

      Plaintiffs,

vs.

RONALD BUCHHOLZ, et. al.

      Defendants.

) Case No. 5-08-cv-03410 RMW
)
) **STIPULATION FOR ENTRY OF**
) **JUDGMENT**
)
)
)
)
)
)
)
)
)

IT IS HEREBY STIPULATED by and between Plaintiff Visionquest CHC, LLC also known as

Visionquest, LLC and Plaintiff Gateway Community Church, Inc. also known as Harvest City

Church (collectively "Plaintiffs") and Defendant Ronald Buchholz to enter into this Stipulation

for Entry of Judgment (herein "Stipulation") on the following terms:

    1.         Defendant Ronald Buchholz shall pay to Plaintiffs the total sum of $25,000

                (Twenty Five Thousand Dollars), payable as follows:

        a.   $12,500 (Twelve Thousand Five Hundred Dollars) shall be paid within 7
             business days of execution of this Stipulation for Entry of Judgment ("Initial
             Payment");

~~Stip & Order Approving Settlement~~     1

Stip for Entry of Judgment

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd. • Suite 110 • Los Gatos, CA 95032

b. the balance of $25,000 owed by defendant Ronald Buchholz shall be paid to Plaintiffs in three installments over 15 months as follows:

    (i)   $4,000 shall be paid five months after execution of the Stipulation for Entry of Judgment;

    (ii)  $4,000 shall be paid ten months after execution of the Stipulation for Entry of Judgment; and,

    (iii) $4,500 shall be paid to plaintiffs fifteen months after execution of the Stipulation for Entry of Judgment;

c.    All payments shall be in good and sufficient funds free of any superior claim and shall be delivered via check made payable to "Sharonrose Cannistraci attorney trust account" and mailed to the Cannistraci Law Firm at 16450 Los Gatos Blvd. Suite 110, Los Gatos, CA 95032.

d.    Time is of the essence in each payment provided for herein.

2.    The effective date of this Stipulation for Entry of Judgment and Settlement Agreement and Mutual Release executed herewith shall be the date Plaintiffs' counsel timely receives the Initial Payment of $12,500 in good and sufficient funds free of any superior claim.

3.    If the Initial Payment is not timely paid or is not free of any superior claim then this Stipulation for Entry of Judgment and the Settlement Agreement and Mutual Release executed herewith shall be null and void and of no force or effect.

4.    If after the Initial Payment is timely paid, Defendant Ronald Buchholz thereafter defaults in making any one of the remaining three installment payments, upon ex parte application of Plaintiffs the Court shall enter judgment against Defendant Ronald Buchholz on the Second Claim for Breach of Contract of the Third Amended Complaint on file herein and in favor of Plaintiffs, and each of them in the amount of $25,000 total less a credit for the Initial Payment.

5.    Ronald Buchholz hereby represents to Plaintiffs and the Court that each defendant's liabilities exceed that defendant's own assets, and that each defendant cannot individually, and all Defendants collectively, have no ability or means to substantially repay Plaintiffs the sum of $1,250,000 borrowed from Plaintiffs, which representation is a material inducement for Plaintiffs to enter into this Stipulation for Entry of Judgment and Settlement Agreement and Mutual Release.

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd. • Suite 110 • Los Gatos, CA 95032

6.    Each side bears its own costs and attorney's fees incurred herein.

7.    All other claims and causes of action against the other defendants shall be deemed dismissed with prejudice upon Ronald Buchholz' timely payment of $12,500 (Twelve Thousand Five Hundred Dollars) to Plaintiff Visionquest CHC, LLC in good and sufficient funds.

8.    The parties agree to promptly execute all documents necessary to carry out the terms of the Stipulation and Stipulated Judgment.

9.    The parties represent that they have not assigned or transferred any claim or right to any other person or entity not a party hereto and defendant Ronald Buchholz represents he has the funds on hand to make the initial payment due under the parties' settlement agreement.

10.    Each party represents that they are fully authorized to enter into this Stipulation for Entry of Judgment.

11.    In consideration of this Stipulation for Entry of Judgment and Stipulated Judgment, the parties hereby waive any right to appeal this Stipulation for Entry of Judgment or Stipulated Judgment.

12.    Each party agrees to bear their own costs and attorneys' fees incurred herein.

13.    The court shall reserve jurisdiction to enforce and interpret this Stipulation for Entry of Judgment and the Stipulated Judgment.

14.    This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together, shall constitute one in the same agreement. Copies (including facsimile or electronic mail copies) of the executed Stipulation for Entry of Judgment may be used in place of the original in the court's entry of the Stipulated Judgment filed herewith or in any legal proceeding between the parties.

IN WITNESS WHEREOF, the undersigned parties execute this Stipulation for Entry of Judgment and agree to the Stipulated Order and Stipulated Judgment and Injunction filed herewith.

Stip & Order Approving Settlement.                    3

*Stip for Entry of Judgment*

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd. • Suite 110 • Los Gatos, CA 95032

**PLAINTIFFS:**

Dated: August 20, 2010

VISIONQUEST CHC, LLC also known as VISIONQUEST, LLC

By _____, Manager

Dated: August 21, 2010

GATEWAY COMMUNITY CHURCH, Inc. also known as HARVEST CITY CHURCH

By _____, President

**DEFENDANTS**

Dated: Aug 9, 2010

RONALD BUCHHOLZ

Dated: Aug 9, 2010

CHARICE BUCHHOLZ also known as CHARICE BUCHHOLZ-FISCHER

Dated: Aug 9, 2010

SOLOMON CAPITAL, INC.

By _____, President

Dated: Aug 9, 2010

EQUITY ENTERPRISES, INC.

By _____, President

Dated: Aug 9, 2010

EQUITY ENTERPRISES-NEVADA, INC.

By _____, President

Dated: Aug 9, 2010

RNC HOLDINGS, LLC

By _____, Manager

Dated: Aug 9, 2010

RDB DEVELOPMENT, LLC,

By _____, Manager

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd. • Suite 110 • Los Gatos, CA 95032

Stip & Order Approving Settlement

4

Stip for Entry of Judgment

Dated: Aug. 9, 2010      EENI-PATRIOT COURTYARDS, LLC,

By _____, Manager

Dated: Aug. 9, 2010      COMMUNITY REAL ESTATE, LLC,

By _____, Manager

Dated: Aug. 9, 2010      THE DISTRICT, LLC,

By _____, Manager

Dated: Aug. 9, 2010      PHOENIX VALLEY DEVELOPMENT, LLC,

By _____, Manager

Dated: Aug. 9, 2010      EENI-PATRIOT COURTYARDS, LLC,

By _____, Manager
Nevada limited liability company

Dated: Aug. 9, 2010      EENI-DURANGO TRAILS, LLC

By _____, Manager

Dated: Aug. 9, 2010      EEI-RAY RANCH, LLC also known as E.E.N.I.-RAY
RANCH, LLC

By _____, Manager

Dated: Aug. 9, 2010      EENI-PASEO VILLAGE, LLC also known as EENI-PASEO
VILLAGE OFFICE INVESTMENTS, LLC,

By _____, Manager

Dated: Aug. 9, 2010      PATRIOT COURTYARDS INVESTORS, LLC

By _____, Manager

Dated: Aug. 9, 2010      EENI-PATRIOT COURTYARDS, LLC,

By _____, Manager

CANNISTRACI LAW FIRM
16450 Los Gatos Blvd.• Suite 110 • Los Gatos, CA 95032

Stip. & Order Approving Settlement      5

Stip for Entry of Judgement

EX. 2

1  Sharonrose Cannistraci, CSBN 121827
   CANNISTRACI LAW FIRM
2  16450 Los Gatos Blvd., Suite 110
   Los Gatos, CA 95032
3  Phone: (408) 335-7368
   Fax: (408) 402-8362
4  Email: sharonrose@cannistracilaw.com
   Attorney for Plaintiffs
5
   Andrew A. August, SBN 112851
6  William W. Schofield, SBN 062674
   Kevin F. Rooney, SBN 184096
7  Pinnacle Law Group, LLP
   425 California Street, Suite 1800
8  San Francisco, California 94104
   Telephone 415.394.5700
9  Facsimile 415.394-5003

10 Attorneys for Defendants

11               UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15 VISIONQUEST CHC, LLC; GATEWAY        ) Case No. 5-08-cv-03410 RMW
   COMMUNITY CHURCH, et. al.            )
16                                      ) [Proposed]
                Plaintiffs,             ) STIPULATED JUDGMENT
   vs.                                  )
17                                      )
   RONALD BUCHHOLZ, et. al.             )
18                                      )
                Defendants.             )
19                                      )
                                        )
20                                      )

21

22     Pursuant to the Stipulation for Entry of Judgment filed herewith, the court hereby enters

23 judgment against Defendant Ronald Buchholz as follows:

24     On the Second Claim for Breach of Contract of the Third Amended Complaint herein, the court

25 enters judgment in favor of Plaintiff Visionquest CHC, LLC also known as Visionquest, LLC and

26

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113

Plaintiff Gateway Community Church, Inc. also known as Harvest City Church (collectively "Plaintiffs"), and each of them, and against Defendant Ronald Buchholz, and hereby grants Plaintiffs' prayer for judgment against Defendant Ronald Buchholz as follows:

1.   Judgment shall be entered in the amount of Twenty-Five Thousand Dollars (Twenty Five Thousand Dollars) against Defendant Ronald Buchholz. Defendant shall be entitled to a credit for all sums paid by Defendant Ronald Buchholz in accordance with the terms and conditions of the Stipulation for Entry of Judgment.

2.   Each party shall bear their own costs and attorneys' fees.

3.   The court hereby reserves jurisdiction to enforce the Stipulated Judgment.

IT IS HEREBY SO ORDERED, ADJUDGED AND DECREED.

Dated: _____, 2010                    UNITED STATES DISTRICT JUDGE

By: _____

CANNISTRACI LAW FIRM
99 Almaden Blvd • Suite 925 • San Jose, CA 95113

Stipulated Judgment                    2